No. 813. McCaw et al. v. Superior Court of California, in and for Los Angeles County. The motion to correct title and caption to show Union Bank as a party respondent is granted. Petition for writ of certiorari to the Supreme Court of California denied. *Bernard Reich* for petitioners. *Howard I. Friedman* for Union Bank.

No. 826. Morrissette et al. v. Chicago, Burlington & Quincy Railroad Co. C. A. 7th Cir. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted. Petitioners *pro se.* *John H. Bishop* and *Eldon Martin* for respondent.

No. 9, Misc. Jones v. Adams, Warden. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *C. Donald Robertson,* Attorney General of West Virginia, *Fred H. Caplan* and *George H. Mitchell,* Assistant Attorneys General, for respondent.

No. 654, Misc. Torres v. Cox, Warden. Supreme Court of New Mexico. Certiorari denied. Petitioner *pro se.* *Earl E. Hartley,* Attorney General of New Mexico, for respondent.

No. 675, Misc. Carasso et al. v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Joseph Kovner* for respondent.

No. 857, Misc. Kill (Smith) v. Settle, Warden. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.